```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 09-61030-CIV-ZLOCH
```

TAMIKO P. WALKER,

    Plaintiff,

vs.	**FINAL ORDER OF DISMISSAL**

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 21) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation For Dismissal With Prejudice (DE 21) filed herein by all Parties, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   23rd   day of September, 2010.

                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:

All Counsel of Record